UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

STEPHEN A. NEUMEYER,

Petitioner,

v.

HOYT BRILL, Warden,

Respondent.

Civil No. 00-786 (ADM/ESS)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

---

Petitioner, a prisoner of the State of Wisconsin incarcerated at the Prairie Correctional Facility, ("PCF"), in Appleton, Minnesota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. §§ 2241 and 2254, claiming that he being is confined in violation of his rights under federal law and the U.S. Constitution.

Respondent is directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's confinement at PCF and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement at PCF;

2. A reasoned memorandum of law and fact explaining why Respondent believes the writ should not be granted, and setting forth Respondent's recommendation as to whether an evidentiary hearing should be conducted in this matter; and

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner

FILED 4-5-00
FRANCIS E DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any other written materials that may be germane to the issues presented in the petition.

Respondent's return should specifically address the issue of whether there are any state court remedies available for the claims raised in the petition, and if so, whether Petitioner has exhausted such remedies.

Absent compliance with this order within the 20 day time period, the court will entertain a motion to grant the relief prayed for in said petition. Upon the filing of the foregoing, the parties shall await the further order of this court.

Dated: April 5, 2000

E.S. Swearingen

E.S. SWEARINGEN,
United States Magistrate Judge