# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Stephen A. Neumeyer

Plaintiff

v.

Hoyt A. Brill and
Jon E. Litscher

Defendants

Case No. Civil 00-786 ADM/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Respondents' motion to dismiss Petitioner's application for writ of habeas corpus relief is granted. This action is dismissed with prejudice.

DATE: November 28, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk